UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FERNANDO ROBLES,

                Petitioner,

    v.

WARDEN BAKER, *et al.*,

                Respondents.

Case No. 3:19-cv-00251-MMD-CBC

ORDER

This *pro se* habeas petition pursuant to 28 U.S.C. § 2254 comes before the Court for initial review under Rule 4 of the Rules Governing Section 2254 Cases, for consideration of Petitioner's application for leave to proceed *in forma pauperis* (ECF No. 1), and on Petitioner's motion for appointment of counsel (ECF No. 1-2).

The Court finds that Petitioner is unable to pay the filing fee. Accordingly, the Court will grant his application for leave to proceed *in forma pauperis*, and Petitioner will not be required to pay the filing fee.

Turning to Petitioner's motion for appointment of counsel, the Court finds that appointment of counsel is in the interests of justice given, among other things, Petitioner's English language limitations, his lengthy sentence of 65 years to life, and his age of 55.[1] Petitioner's motion for appointment of counsel will therefore be granted, and counsel will be appointed to represent Petitioner in these proceedings.

///

---

[1] The Court determined Petitioner's age by consulting the information provided in the Nevada Department of Corrections' inmate locator system. While Petitioner asserts that his sentence is 90 years to life (ECF No. 1-1 at 2), a letter from his attorney indicates that his sentence is 65 years to life (ECF No. 1-1 at 22), a calculation that appears to be supported by the docket of Petitioner's state criminal action, which may be accessed at https://www.clarkcountycourts.us/Portal/Home/WorkspaceMode?p=0 (last accessed May 17, 2019).

It is therefore ordered that Petitioner's application to proceed *in forma pauperis* (ECF No. 1) is granted. Petitioner will not be required to pay the filing fee.

It is further ordered that Petitioner's motion for appointment of counsel (ECF No. 1-2) is granted. The Clerk of Court is directed to file the motion for appointment of counsel and reflect on the docket that it has been granted by way of this order.

It is further ordered that the Federal Public Defender will be provisionally appointed as counsel, and will have thirty days to undertake direct representation of Petitioner, or to indicate the office's inability to represent Petitioner in these proceedings. If the Federal Public Defender is unable to represent Petitioner, the Court will appoint alternate counsel. The counsel appointed will represent Petitioner in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw. A deadline for the filing of an amended petition and/or seeking other relief will be set after counsel has entered an appearance. The Court anticipates setting the deadline for approximately ninety days from entry of the formal order of appointment. Any deadline established and/or any extension thereof will not signify any implied finding of a basis for tolling during the time period established. Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely presenting claims. That is, by setting a deadline to amend the petition and/or by granting any extension thereof, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

It is further ordered, so that Respondents may be electronically served with any papers filed through counsel, that the Clerk of Court will add state attorney general Aaron D. Ford as counsel for Respondents and will make informal electronic service of this order upon Respondents by directing a notice of electronic filing to him. Respondents' counsel must enter a notice of appearance within twenty-one days of entry of this order, but no further response will be required from Respondents until further order of the Court.

The Clerk of Court is therefore directed to send a copy of this order to the *pro se* Petitioner, the Nevada Attorney General, the Federal Public Defender, and the CJA Coordinator for this division.

DATED THIS 17th day of May 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE