UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO ROBLES,<br><br>               Petitioner,<br>   v.<br>WARDEN BAKER, *et al.*,<br><br>              Respondents. | Case No. 3:19-cv-00251-MMD-CBC<br><br>ORDER |

    Good cause appearing, Respondents' first unopposed Motion for Enlargement of Time (ECF No. 9) is granted. Respondents have until February 3, 2020, to file an answer or otherwise respond to the amended petition for writ of habeas corpus in this case.

    DATED THIS 5th day of November 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE