1

2

3                          UNITED STATES DISTRICT COURT

4                                DISTRICT OF NEVADA

5    FERNANDO ROBLES,                          Case No. 3:19-cv-00251-MMD-CLB

6                              Petitioner,                  ORDER

7            v.

8    WARDEN BAKER, *et al.*,

9                              Respondents.

10          Good cause appearing, Respondents' first Motion for Enlargement of Time (ECF

11   No. 12) is granted. Respondents have until February 4, 2020, to file the exhibits to the

12   Motion to Dismiss (ECF No. 11).

13          It is further ordered that Petitioner will have 14 days after service of the exhibits to

14   file and serve a response to the motion to dismiss.

15          It is further ordered that a paper copy of any exhibits over 50 pages—for this

16   case—must be delivered to the **Las Vegas** Clerk's Office and addressed to the attention

17   of "Staff Attorney." Paper copies must be (i) file-stamped copies, bearing the document

18   number assigned by the CM/ECF system, (ii) securely bound on the left side to display

19   the document and page numbers, and (iii) tabbed to display exhibit numbers or letters on

20   the right side or bottom of the copies. *See* LR IA 10-3(i); LR IC 2-2(g).

21          All other instructions stated in the scheduling order (ECF No. 7) remain in effect.

22          DATED *nunc pro tunc* THIS 6th day of February 2020.

23

24          _____

25          MIRANDA M. DU
            CHIEF UNITED STATES DISTRICT JUDGE

26

27

28