UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO ROBLES,<br><br>　　　　　Petitioner,<br>　v.<br>WARDEN BAKER, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:19-cv-00251-MMD-CLB<br><br>ORDER |

　　　Good cause appearing, Respondents' unopposed first Motion for Enlargement of Time (ECF No. 31) is granted. Respondents have until December 10, 2020, to answer the surviving claims of Petitioner's First Amended Petition (ECF No. 8).

　　　DATED THIS 27th day of October 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE