UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| FERNANDO ROBLES,<br><br>　　　　　Petitioner,<br>　　v.<br>WARDEN BAKER, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:19-cv-00251-MMD-CLB<br><br>ORDER |

　　　Good cause appearing, Respondents' unopposed second Motion for Enlargement of Time (ECF No. 33) is granted. Respondents have until January 25, 2021, to answer the surviving claims of Petitioner's First Amended Petition (ECF No. 8).

　　　DATED THIS 3rd Day of December 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE