UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO ROBLES,<br><br>　　　　　　　　Petitioner,<br>　v.<br>WARDEN BAKER, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:19-cv-00251-MMD-CLB<br><br>ORDER |

　　　Good cause appearing, Respondents' unopposed third Motion for Enlargement of Time (ECF No. 35) is granted. Respondents have until January 29, 2021, to answer the surviving claims of Petitioner's First Amended Petition (ECF No. 8).

　　　DATED THIS 29th Day of January 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE