UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| FERNANDO ROBLES, | Case No. 3:19-cv-00251-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN BAKER, *et al.*, | |
| Respondents. | |

Good cause appearing, it is therefore ordered that Petitioner's unopposed first Motion to Extend Time (ECF No. 38) is granted. Petitioner has until March 31, 2021, to reply to Respondents' answer to the amended petition for writ of habeas corpus.

DATED THIS 4th Day of March 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE