UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FERNANDO ROBLES,<br><br>              Petitioner,<br>v.<br><br>WARDEN BAKER, *et al.*,<br><br>              Respondents. | Case No. 3:19-cv-00251-MMD-CLB<br><br>ORDER |

    Good cause appearing, it is hereby ordered that Petitioner Fernando Robles' unopposed second Motion to Extend Time (ECF No. 40) is granted. Robles has until April 30, 2021, to reply to Respondents' answer to the amended petition for writ of habeas corpus.

    DATED THIS 19th Day of April 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE