# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FERNANDO ROBLES,<br><br>　　　　　　　　Petitioner,<br>　v.<br>WARDEN BAKER, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:19-cv-00251-MMD-CLB<br><br>ORDER |

　　Good cause appearing, it is hereby ordered that Petitioner's unopposed third motion to extend time (ECF No. 42) is granted. Petitioner has until May 14, 2021, to reply to Respondents' answer to the amended petition for writ of habeas corpus.

　　DATED THIS 6th Day of May 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE